

ORDERED in the Southern District of Florida on June 4, 2013.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 13-23240-EPK

**DONATO WALTER CASALE,**                       Chapter 11

     Debtor.
_____/

### ORDER TRANSFERRING CASE

THIS MATTER came before the Court *sua sponte*. With the Court being fully advised in the premises, it is **ORDERED** that:

    1.    This case is TRANSFERRED to the Honorable Paul G. Hyman.

    2.    All hearings scheduled in this case are canceled.

    3.    The parties shall contact Chief Judge Hyman's courtroom deputy to re-set such hearings.

###

Copies furnished to: All parties of record.