UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**West Palm Beach Division**

In re:                                               Case No. 13-23240-BKC-PGH
                                                     Chapter 11

**Donato Walter Casale**

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **Donato Walter Casale,** files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **June 3, 2013**

2. Names, case numbers and dates of filing of related debtors:
   **Casale Marble Imports, Inc. (13-21220-BKC-EPK)
   Commercial Real Estate Investment Group, Inc. (13-23261-BKC-PGH)
   Metro & Sivan LLC (13-23262-BKC-PGH)**

3. Description of debtor's business:
   Self-employed by Casale Marble Imports, Inc.

4. Locations of debtor's operations and whether the business premises are leased or owned:
   **Leased property located at:
   750 SW 17th Avenue
   Delray Beach, Florida 33444**

5. Reasons for filing chapter 11:
   **The actions of PNC in requiring the cross collateralization and cross default agreement in violation of the confirmed amended plan and in violation of the discharge injuction and it's financial ill effects.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
   N/A

1

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    2013 - $ 39,250 (shareholder distributions)
    $  5,000 (payroll)
    2012 - $ 62,000 (shareholder distributions)
    $ 24,615 (payroll)

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:

    | | |
    |---|---|
    | Palm Beach Tax Collector (No. 06-42-47-11-01-007-0100 | $11,917.62 |
    | Palm Beach Tax Collector (No. 00-42-46-26-17-000-0250 | $ 3,591.35 |

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

| | | | |
|---|---|---|---|
| PNC Bank, N.A. | Casale Marble Imports, Inc Loans | | Personal Guarantee: |
| | | Loan # 605416841 | $ 2,810,704.24 |
| | | Loan "Old RBC Loan 102" | $ 1,098,190.63 |
| | | Loan "Past Due Interest Ln" | $   151,593.88 |
| | | | $ 4,060,488.75 |
| PNC Bank, N.A. | Commercial Real Estate Investment Group, Corp. | | Personal Guarantee: |
| | | Loan # 101 | $ 2,881,674.96 |
| PNC Bank, N.A. | Metro & Sivan LLC. | | Personal Guarantee: |
| | | Loan # 605420702 | $ 1,201,740.95 |
| | | Loan # 605420718 | $   773,202.62 |
| | | | $ 1,974,943.57 |
| PNC Bank, N.A. | Orange & 25th Corporation. | | Personal Guarantee: |
| | | Loan # 101 | $ 1,101,353.05 |
| First Southern Bank, N.A. | | Westside &45th LLC | Personal Guarantee: |
| | | Loan # 1120341747 | $ 1,093,412.73 |
| First Southern Bank, N.A. | | Edison & Highland LLC | Personal Guarantee: |
| | | Loan # 1120341255 | $   308,750.98 |

c. Amount of unsecured claims:
MARICAP LLC – C/O Dubow, Dubow & Wallace
Co-Signor on a friends loan – balance due $129,000

2

9. General description and approximate value of the debtor's assets:

| Properties: | Value |
|---|---|
| Commercial Real Estate Investment Group, Corp<br>715-755 SW 17th Avenue – Delray Beach, Florida 33444<br>(Industrial Warehouse rental facility) | $ 950,000 |
| Metro & Sivan, LLC<br>3531 Metro Parkway – Ft. Myers, Florida 33916<br>(Commercial Warehouse/Retail rental facility) | $ 850,000 |
| Orange & 25th LLC<br>2520 Orange Avenue – Fort Pierce, Florida 34954<br>(Commercial Warehouse/Retail rental facility) | $1,050,000 |
| Personal Residence<br>3000 NW 29th Road – Boca Raton, Florida 33431 | $ 725,000 |
| Mother's Personal Residence<br>5171 Casa Real Drive – Delray Beach, Florida 33484 | $ 125,000 |
| Westside & 45th, LLC<br>3160 45th Street – Jacksonville, Florida 32209<br>(Industrial Warehouse rental facility) | $1,250,000 |
| Edison & Highland, LLC<br>3515 Edison Avenue – Ft. Myers, Florida 33916<br>(Commercial Warehouse/Retail rental facility) | $ 150,000 |
| Laredo 9070, LLC<br>9070 Laredo Avenue – Ft. Myers, Florida 33905<br>(5 Acres of Vacant Land) | $ 150,000 |

Business
Casale Marble Imports – Business located at:
750 SW 17th Avenue – Delray Beach, Florida 33444          $ 850,000

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires;

**Commercial General Liability**
Southern Owners Insurance, Policy # 72741897,    Premium is Current,
Policy Expires 6/30/13, Next payment due with Renewal – See certificate attached for Limits

**Automobile Liability**
Progressive Express Ins, Policy # 01707114-0, Premium is Current, Policy Expires 06/30/13, Next payment due with Renewal – See certificate attached for Limits

**Umbrella Insurance**
Southern/Auto Owners Insurance, Policy # 4921367200, payment is past due $1,474.62, next payment due 5/31/2013 – See certificate attached for Limits

**Workers Compensation**
Michigan Commercial Insurance Mutual, Policy # WC1000015503, payment was due 5/10/2013 for $ 5,940.22 – See certificate attached for Limits

**Commercial Property**
Zurich American Insurance, Policy # CPO278065258, paid in full until time for renewal on 6/30/2013 – See certificate attached for Limits

11. Number of employees and amounts of wages owed as of petition date:
    N/A

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):
    N/A

13. Anticipated emergency relief to be requested within 14 days from the petition date:

By _____
**Donato Walter Casale**

Certificate of Service
    I hereby certify that on June 10, 2013, that a true copy of the foregoing was served either by postage prepaid First Class U.S. Mail or via the Bankruptcy Court's CM/ECF NEF electronic noticing system upon the following:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Brett A. Elam** on behalf of Debtor **Casale Marble Imports, Inc.,**
belam@brettelamlaw.com

June 10, 2013.

THE LAW OFFICES OF BRETT A. ELAM, P.A.,
105 South Narcissus Avenue, Suite 802
West Palm Beach, Florida 33401
Telephone 561.833.1113
E-mail: belam@brettelamlaw.com
Florida Bar no. 576808
Attorney for Chapter 11 Debtor in Possession

By _____