CGFD20 (3/27/13)



ORDERED in the Southern District of Florida on July 8, 2013

**Paul G Hyman Jr**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 13–23240–PGH
Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Donato Walter Casale
3000 NW 29th Road
Boca Raton, FL 33431–6340

SSN: xxx–xx–5942

# ORDER DISMISSING CASE

It has been brought to the attention of the court that the debtor has failed to file or correct deficiencies in the item(s) indicated below by the **07/05/2013** deadline date. The debtor was advised of these requirements in either a clerk's notice of filing requirements or by separate order of the court.

**Official Bankruptcy Form B6 Summary of Schedules and/or Part Two Statistical Summary**
**Official Bankruptcy Form B6A Real Property**
**Official Bankruptcy Form B6B Personal Property**
**Official Bankruptcy Form B6C Property Claimed As Exempt**
**Official Bankruptcy Form B6D Secured Claims**
**Official Bankruptcy Form B6E Unsecured Priority Claims**
**Official Bankruptcy Form B6F Unsecured Nonpriority Claims**
**Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases**
**Official Bankruptcy Form B6H Codebtors Form**
**Official Bankruptcy Form B6I Current Income of Debtor(s)**
**Official Bankruptcy Form B6J Current Expenditures of Debtor(s)**
**Official Bankruptcy Form B7 Statement of Financial Affairs**
**Official Bankruptcy Form B6 Declaration Concerning Debtor's Schedules**
**Official Bankruptcy Form B22B Statement of Current Monthly Income**

The debtor has not met this deadline. Therefore, it is **ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor earlier than 180 days from entry of this order.

2. All pending motions are denied as moot.

3. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Rm 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

###

The clerk shall serve a copy of this order on all parties of record.