

ORDERED in the Southern District of Florida on July 26, 2013.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                              Case No.: 13-23240-BKC-PGH

Donato Walter Casale,                               Chapter 11

        Debtor.
_____/

### ORDER DENYING MOTION TO VACATE ORDER DISMISSING CASE FOR FAILURE TO SERVE ALL PARTIES

**THIS MATTER** came before the Court following the filing of the Motion to Vacate Order Dismissing Case, (ECF No. 36) (the "Motion") filed by Donato Walter Casale, (the "Debtor"). Pursuant to Local Rule 9073-1(A), a *Notice of Hearing* was issued on July 15, 2013, (ECF No. 37) with regard to the Motion, setting a hearing

on July 30, 2013. A party who files a Motion to Vacate Dismissal must serve the Motion and the notice of hearing on *all parties*. Here, the Debtor failed to properly serve the Motion on all parties. As a result, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion is **DENIED** without prejudice.

2. The hearing scheduled for July 30, 2013 on the Motion to Vacate Order Dismissing Case, (ECF 36) is cancelled.

3. If counsel who filed the Motion files a new Motion requesting the same or substantially similar relief on behalf of the Debtor, counsel shall not charge the Debtor for any fees or expenses in connection with the preparation or filing of such substitute Motion including, without limitation, any filing fee.

###

Copies Furnished To:

Brett Elam, Esq.

AUST

Brett Elam, Esq. shall serve a copy of this Order on all parties and file a Certificate of Service.