UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-23240-BKC-PGH
IN RE:                                                    Chapter 11 Proceeding

**CASALE, DONATO WALTER,**

    **Debtors.**

_____/

**DEBTOR'S MOTION TO VACATE ORDER
DISMISSING CASE (DE#31)**

The Debtor, **Donato Walter Casale**, by and through undersigned counsel, hereby files this his Motion to Vacate Order Dismissing Case **(DE#31)** and states:

1.    This Chapter 11 proceeding was filed on June 3, 2013. The Debtor is an individual and continued to operate as a Debtor-in-Possession.

2.    The Debtor owns and operates a marble business in Palm Beach County, Florida. The marble business, Casale Marble Imports, Inc., is a debtor-in-possession as well.

3.    Pursuant to the Notice of Chapter 11 Case and Filing Requirements for Debtor the deadline in which to file the Summary of Schedules, Schedules A through J, Statement of Financial Affairs, Statement of Means Test Calculation and Disposable Income, Payment Advices and all other outstanding documents ("Required Documents") was June 17, 2013.

4.    On June 17, 2013, the Debtor filed his initial Ex-Parte Motion for Extension of Time to File Summary of Schedules, Schedules A through J, Statement of Financial Affairs, Statement of Means Test Calculation and Disposable Income, Payment Advices and all other outstanding documents pursuant to Local Rule 9013-1(C)(2) **(DE#22)**.

5. The Court granted this motion, and gave the Debtor up through and including June 27, 2013, in which to file the Required Documents.

6. On June 27, 2013, the Debtor filed his Second Ex-Parte Motion for Extension of Time to File Summary of Schedules, Schedules A through J, Statement of Financial Affairs, Statement of Means Test Calculation and Disposable Income, Payment Advices and all other outstanding documents pursuant to Local Rule 9013-1(C)(2) **(DE#28).**

7. The Court granted this motion, and the Order Granting Second Ex-Parte Motion for Extension of Time to File Summary of Schedules, Schedules A through J, Statement of Financial Affairs, Statement of Means Test Calculation and Disposable Income, Payment Advices and all other outstanding documents pursuant to Local Rule 9013-1(C)(2) ("Second Order") **(DE#29)** was entered on June 28, 2013.

8. Pursuant to the terms of the Second Order, the Debtor was given up through and including July 5, 2013, in which to file the Required Documents. Subsequent to the entry of the Second Order, Chief United States District Judge Federico A. Moreno entered Administrative Order 2013-37 which declared that July 5, 2013, was an official Court holiday and the closed the Courthouses in the Southern District of Florida. This Administrative Order was adopted by the United States Bankruptcy Court for the Southern District of Florida.

9. Based upon this information, the Debtor inadvertently believed that the Required Documents were not due until Monday, July 8, 2013. However, on July 8, 2013, the Court entered its Order Dismissing Case **(DE#31)**. The Order dismissed the case with a

180 day prejudice period.

11. All of the Required Documents were filed on July 8, 2013. Based upon the foregoing facts, the Debtor respectfully requests that the Court enter an Order Reinstating Case. The Debtor further requests that the Court enter this Order without the necessity of a hearing.

**WHEREFORE**, the Debtor, **Donato Walter Casale**, by and through undersigned counsel, respectfully requests that the Court enter an Order Reinstating Case without the necessity of having a hearing, plus grant such other and further relief as the court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on this 26th day of July 2013 by CM/ECF to:

Denise D Dell-Powell on behalf of Creditor PNC Bank, National Association
ddpowell@burr.com, greid@burr.com

Brett A Elam, Esq. on behalf of Debtor Donato Walter Casale
belam@brettelamlaw.com,
info@brettelamlaw.com;jane@brettelamlaw.com;amanda@brettelamlaw.com

Laurie L Hammerbacher on behalf of Creditor First Southern Bank
lhammerbacher@firstsouthernbank.com

Michael A. Nardella on behalf of Creditor PNC Bank, National Association
michael.nardella@burr.com, jlindval@burr.com,greid@burr.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

And to all creditors on the Court's Matrix this 26th day of 2013.

                          BRETT A. ELAM, ESQ.
                          BRETT A. ELAM, P.A.
                          Attorney for Debtor
                          105 S. Narcissus Avenue
                          Suite 802
                          West Palm Beach, FL 33401
                          (561) 833-1113 (telephone)
                          (561) 833-1115 (facsimile)

   By: /s/ Brett A. Elam              .
        BRETT A. ELAM
        Florida Bar No. 576808