

**ORDERED in the Southern District of Florida on September 19, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 13-23240-BKC-PGH
Chapter 11 Proceeding

IN RE:

**CASALE, DONATO WALTER,**

    Debtors.
_____/

**ORDER GRANTING DEBTOR-IN-POSSESSION'S AGREED EX-PARTE
MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 11
PLAN OF REORGANIZATION**

    THIS MATTER having come before the Court on the 17th day of September 2013, in West Palm Beach, Florida, pursuant to the Agreed Ex-Parte Motion for Extension of Time to File Chapter 11 Plan of Reorganization, the Court having reviewed the motion, the Court having noted all parties agree to the entry of this Order, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. The Agreed Ex-Parte Motion for Extension of Time to File Chapter 11 Plan of Reorganization is granted.

2. The Debtor, **Donato Walter Casale**, shall have up through and including October 7, 2013 (as October 6, 2013 falls on a Sunday) in which to file a Chapter 11 Plan of Reorganization.

###

**Submitted by:**
**Brett A. Elam**
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401

**Copies to:**
Brett A. Elam, Esq., 105 S. Narcissus Avenue, Suite 802, West Palm Beach, FL 33401

*The Debtor (or Debtor's attorney) is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.